IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMIE MILLWARD** | |
| *Plaintiff,* | NO. 2:23-cv-00265-cre |
| vs. | CIVIL ACTION |
| **LINCOLN PARK PERFORMING ARTS CHARTER SCHOOL et al** | JURY TRIAL DEMANDED |
| *Defendants.* | |

## WITHDRAWL OF APPERANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance on behalf of the Plaintiff in the above-captioned matter.

                        Respectfully submitted,

                        /s/ Timothy M. Kolman
                        Timothy M. Kolman, Esquire
                        KOLMAN LAW P.C.
                        414 Hulmeville Avenue
                        Penndel, Pennsylvania 19047
                        (215) 750-3134
                        tkolman@kolmanlaw.com

Dated: March 13, 2023

## **CERTIFICATE OF SERVICE**

      I, Timothy M. Kolman, Esquire, hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

                                          Respectfully submitted,

                                          /s/ Timothy M. Kolman
                                          Timothy M. Kolman, Esquire
                                          KOLMAN LAW P.C.
                                          414 Hulmeville Avenue
                                          Penndel, Pennsylvania 19047
                                          (215) 750-3134
                                          tkolman@kolmanlaw.com

Dated: March 13, 2023