# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
*L. Anthony DiJiacomo~*
*David A. Berlin^+*
*Gary Schafkopf^+*
*Yanna Panagopoulos~+*

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Monday, August 14, 2023*

**VIA ECF**
The Honorable Cynthia Reed Eddy
United States District Court
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

    **Re:**    **Millward v. Lincoln Park Performing Arts Charter School, et al.**
             **USDC WDPA No.: 2:23-cv-00265-CRE**

Your Honor:

    The undersigned represents Plaintiff and writes to inform the Court that this matter has resolved. The parties will shortly file a Stipulation of Dismissal.

    Thank you for the Court's consideration.

                                                  Sincerely,

                                                 */s/ David A. Berlin*
                                                 David A. Berlin, Esquire

DAB/mbd
cc:    Mary-Jo Renbelo, Esquire  (*via ECF*)
       Timothy M. Kolman, Esquire  (*via ECF*)